UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| 340B HOLDINGS, LLC d/b/a SUNRX,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW BOBO in his individual capacity and PERFORMANCE HEALTHCARE SOLUTIONS, LLC<br><br>Defendants. | § § § § § § § § § § § § § § § No. 1:20-CV-197-RP |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL
EXHIBITS TO PLAINTIFF'S MOTION FOR PRELIMARY INJUNCTION**

Pursuant to Local Rule CV-5.2, Plaintiff 340B Holdings, LLC d/b/a SUNRx ("SUNRx") respectfully moves to file this Motion for Leave to File Under Seal Exhibits to Plaintiff's Motion for Preliminary Injunction, filed simultaneously with this Motion. Exhibit A to the Motion for Preliminary Injunction is a true and correct copy of the Declaration of Jill Simoes (the "Simoes Declaration"), the General Manager of SUNRx. Although the Simoes Declaration is being filed publicly, several of the exhibits to the Simoes Declaration, described below, contain confidential, proprietary, and trade secret information that should not be made public at this time.

- Exhibit 4 to the Simoes Declaration is a true and correct copy of Defendant Bobo's correspondence with a current SUNRx client. That correspondence includes material that may be confidential to Performance Healthcare Solutions, LLC ("Performance Healthcare").

- Exhibit 8 to the Simoes Declaration is a true and correct copy of several 340B Assessment Packets provided for specific SUNRx clients. These packets contain competitive sensitive business information, including SUNRx's administrative fee pricing, financial information related to specific medical providers, and curated customer information.

- Exhibit 9 to the Simoes Declaration is a true and correct copy of an excerpt of a spreadsheet reflecting SUNRx's proprietary financial analysis of the potential profit a specific SUNRx client would obtain by using SUNRx's services.

- Exhibit 10 to the Simoes Declaration is a true and correct copy of a regulatory analyses performed by SUNRx employees to evaluate the impact of certain legislation on SUNRx's business opportunities.

Plaintiff respectfully requests that the Court grant this motion and that the Court enter an order allowing Exhibits A-4, A-8, A-9, and A-10 be filed with the Court under seal for the Court's consideration in connection with SUNRx's Motion for Preliminary Injunction. A proposed order is also attached.

Dated: March 2, 2020

Respectfully Submitted,

/s/ *Katherine P. Chiarello*
Katherine P. Chiarello
Texas State Bar No. 24006994
katherine@wittliffcutter.com
Karen S. Vladeck
Texas State Bar No. 24102899
karen@wittliffcutter.com
Kayna Stavast Levy
Texas State Bar No. 24079388
kayna@wittliffcutter.com

WITTLIFF | CUTTER, PLLC
1209 Nueces Street

Austin, Texas 78701
(512) 649.2434 office
(512) 960.4869 facsimile

***Attorneys for Plaintiff***
***340B Holdings, LLC***

## CERTIFICATE OF SERVICE

    I hereby certify that on this 2nd day of March, 2020, a true and correct copy of the foregoing document was tendered for filing to the Clerk of the U.S. District Court for the Western District of Texas using the Court's CM/ECF system and transmitted by email and first-class mail to Marc Katz, DLA Piper LLP (US), 1900 Pearl Street, Suite 2200, Dallas, Texas 75201 and marc.katz@dlapiper.com.

    /s/ *Katherine P. Chiarello*
    Katherine P. Chiarello