**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
2200 Ross Avenue, Suite 2400
Dallas, Texas 75201
469.391.7400 main
www.sheppardmullin.com

Stephen E. Fox
469.391.7403 -direct
214.755.4877 mobile
sfox@sheppardmullin.com
**Board Certified, Labor and Employment
Law, Texas Board of Legal Specialization**

March 17, 2020

**VIA Electronic Filing**

Hon. Robert Pitman
United States District Court – Western District of Texas, Austin Division
501 West 5th Street, Suite 5300
Austin, TX 78701

Re:   *340B Holdings, LLC d/b/a SUNRX v. Matthew Bobo et al*.; **No. 1:20-cv-00197-RP**
      **Proposed Order Regarding Expedited Discovery**

Dear Judge Pitman:

Based upon the Court's comments during the March 16, 2020 Status Conference, Defendants' counsel drafted the attached Order Regarding Expedited Discovery (the "**Proposed Order**"), and hereby respectfully submits same for the Court's consideration. As discussed at the Status Conference, the Proposed Order calls for alternating depositions—beginning with a deposition to be taken by the Plaintiff of Mr. Bobo. Proposed Order at ¶ 5.

Defendants' counsel presented the Proposed Order for comment to Plaintiff's counsel shortly after the conclusion of the Status Conference. Plaintiff's counsel responded as opposed to the order of depositions in the Proposed Order, on the grounds that the specific order of witnesses was not explicitly agreed during the Status Conference. Defendants' counsel is of the opinion that the Proposed Order is consistent with the parties' prior discussions concerning scheduling, and with the comments made during the Status Conference.

Consequently, Defendants' counsel respectfully requests the Proposed Order be entered by the Court.

Respectfully submitted,

Stephen E. Fox

Enclosures
cc: all counsel of record